## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

|  |  |  |
|---|---|---|
| CHRISTOPHER G., | : | Case No. 1:25-cv-475 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 12)

---

The Court has thoroughly reviewed the Report and Recommendation (Doc. 12) of United States Magistrate Judge S. Courter Shimeall, to whom this case is referred. No objections have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Upon review, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 12) in full. Plaintiff's Statement of Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND